**Order entered November 24, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00831-CV

**RENATA BLACK A/K/A RENATA MUTIS, Appellant**

**V.**

**LAKELAND WEST CAPITAL XXIII, LLC, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-15609**

## ORDER

Before the Court are appellant's motion for extension of time to file her opening brief and appellee's response in opposition. We **GRANT** the motion and **ORDER** the opening brief received November 20, 2020 filed as of the date of this order. Appellee's responsive brief shall be filed no later than December 28, 2020.

/s/     BILL WHITEHILL
           JUSTICE